UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID GABINO CHAVARRIA, | ) |
| Petitioner, | ) No. CV 07-5857-DOC (RCF) |
| v. | ) JUDGMENT |
| TIMOTHY E. BUSBY, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied with prejudice.

DATED:  August 8, 2011

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE